IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CAMERON D. IVY, | : | Case No. 1:24-cv-570 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| LECI (LEBANON CORRECTIONAL INSTITUTE), et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING
## REPORT AND RECOMMENDATIONS (DOC. 8)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Chelsey Vascura (Doc. 8), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court orders the following:

1. Plaintiff's official-capacity claims against Defendant Toddy are **DISMISSED** under §§ 1915(e)(2) and 1915A(b);

2. Plaintiff's individual-capacity Eighth Amendment medical indifference and excessive force claims against Defendant Toddy **MAY PROCEED;**

3. The Court **SEVERS** and **DISMISSES WITHOUT PREJUDICE** all other claims in this action; and

4. If Plaintiff files these severed claims as additional actions, he **MUST LIST** 1:24-cv-570 as a related case.

**IT IS SO ORDERED.**

By: *Matthew W. McFarland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JUDGE MATTHEW W. McFARLAND